| | |
|---|---|
| 1 | JEFFREY F. KELLER (SBN 148005) |
| 2 | jfkeller@kellergrover.com |
|   | JADE BUTMAN (SBN 235920) |
| 3 | jbutman@kellergrover.com |
|   | **KELLER GROVER LLP** |
| 4 | 1965 Market Street |
| 5 | San Francisco, California 94103 |
|   | Telephone: (415) 543-1305 |
| 6 | Facsimile: (415) 543-7861 |
| 7 | BRIAN MURRAY *(pro hac vice to be filed)* |
|   | bmurray@murrayfrank.com |
| 8 | LEE ALBERT *(pro hac vice to be filed)* |
| 9 | lalbert@murrayfrank.com |
|   | GREGORY A. FRANK *(pro hac vice to be filed)* |
| 10 | gfrank@murrayfrank.com |
|   | MURRAY FRANK LLP |
| 11 | 275 Madison Avenue, Suite 3300 |
| 12 | New York, NY 10016 |
|   | Telephone: (212)682-1818 |
| 13 | Facsimile: (212)682-1892 |
| 14 | Attorneys for Plaintiff |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PETRU and MARCUS MATHIS, individually, and on behalf of all others similarly situated, | Case No. C11-03892 EMC |
| Plaintiffs, | **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| vs. | |
| APPLE INC.; HACHETTE BOOK GROUP; HARPERCOLLINS PUBLISHERS, INC.; PENGUIN GROUP (USA) INC.; and SIMON & SCHUSTER, INC., | |
| Defendants. | |

*[caption continued on next page]*

Motion to Considered Whether Cases Should Be Related        Case No. C11-03892 EMC

| | |
|---|---|
| ANDREAS ALBECK, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>     v.<br><br>APPLE INC.; HACHETTE BOOK GROUP, INC.; HARPERCOLLINS PUBLISHERS, INC.; MACMILLAN PUBLISHERS, INC; PENGUIN GROUP (USA) INC.; and SIMON & SCHUSTER, INC.,<br><br>                              Defendants. | Case No. C11-4110 LB |

Pursuant to Civil Local Rule 3-12, the undersigned brings this administrative motion to relate the action styled Albeck v. Apple Inc., et al., Case No. C11-4110 LB filed August 19, 2011, with the instant case.

Civil Local Rule 3-12(a) states that an action is related to another when they "concern substantially the same parties, property, transaction or event" and it "appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."  The Albeck action referenced above meets Local Rule 3-12's criteria for relatedness.  Both cases are putative class actions (covering identical time periods) brought on behalf of purchasers of e-Books and contain similar allegations against the same defendants.  Both cases allege a conspiracy to fix, raise, maintain, and stabilize the price at which eBooks were sold in the United States.  Based on the foregoing similarities, there will be an unduly burdensome duplication of labor and expense or conflicting results if these cases are not

deemed related and assigned to a single Judge.  Relating these cases will promote the just and efficient conduct of these actions.  Accordingly, plaintiff respectfully requests that Albeck v. Apple Inc., et al., Case No. C11-4110 LB be administratively related to the instant action.

Dated:  August 24, 2011                                    Respectfully Submitted,

                                                            KELLER GROVER LLP

                                                   By:        /s/ Jade Butman
                                                                  JADE BUTMAN

                                                                 Attorneys for Plaintiff
                                                                 Andreas Albeck