JEFFREY F. KELLER (SBN 148005)
jfkeller@kellergrover.com
JADE BUTMAN (SBN 235920)
jbutman@kellergrover.com
**KELLER GROVER LLP**
1965 Market Street
San Francisco, California 94103
Telephone: (415) 543-1305
Facsimile: (415) 543-7861

BRIAN MURRAY *(pro hac vice to be filed)*
bmurray@murrayfrank.com
LEE ALBERT *(pro hac vice to be filed)*
lalbert@murrayfrank.com
GREGORY A. FRANK *(pro hac vice to be filed)*
gfrank@murrayfrank.com
MURRAY FRANK LLP
275 Madison Avenue, Suite 3300
New York, NY  10016
Telephone: (212)682-1818
Facsimile: (212)682-1892

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PETRU and MARCUS MATHIS, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>APPLE INC.; HACHETTE BOOK GROUP; HARPERCOLLINS PUBLISHERS, INC.; PENGUIN GROUP (USA) INC.; and SIMON & SCHUSTER, INC.,<br><br>Defendants. | Case No. C11-03892 EMC<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES** |

*[caption continued on next page]*

| | |
|---|---|
| ANDREAS ALBECK, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>v.<br><br>APPLE INC.; HACHETTE BOOK GROUP, INC.; HARPERCOLLINS PUBLISHERS, INC.; MACMILLAN PUBLISHERS, INC; PENGUIN GROUP (USA) INC.; and SIMON & SCHUSTER, INC.,<br><br>  Defendants. | Case No. C11-4110 LB |

On August 24, 2011, the plaintiff in *Albeck v. Apple Inc., et al.,* Case No. C11-4110 LB filed an Administrative Motion to Relate Case pursuant to Civil Local Rule 3-12. The Court has considered the papers and pleadings on file, and good cause appearing, HEREBY GRANTS the motion.

IT IS HEREBY ORDERED that the following case is deemed related to the instant action and is assigned to the undersigned Judge.

*Albeck v. Apple Inc., et al.,* Case No. C11-4110 LB filed August 19, 2011.

Dated: _____

                                                                            _____
                                                                            Hon. Edward M. Chen
                                                                            United States District Court

[PROPOSED] ORDER                                                           Case No. C11-03892 EMC