JEFFREY F. KELLER (SBN 148005)
jfkeller@kellergrover.com
JADE BUTMAN (SBN 235920)
jbutman@kellergrover.com
**KELLER GROVER LLP**
1965 Market Street
San Francisco, California 94103
Telephone: (415) 543-1305
Facsimile: (415) 543-7861

BRIAN MURRAY *(pro hac vice to be filed)*
bmurray@murrayfrank.com
LEE ALBERT *(pro hac vice to be filed)*
lalbert@murrayfrank.com
GREGORY A. FRANK *(pro hac vice to be filed)*
gfrank@murrayfrank.com
MURRAY FRANK LLP
275 Madison Avenue, Suite 3300
New York, NY  10016
Telephone: (212)682-1818
Facsimile: (212)682-1892

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PETRU and MARCUS MATHIS, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>APPLE INC.; HACHETTE BOOK GROUP; HARPERCOLLINS PUBLISHERS, INC.; PENGUIN GROUP (USA) INC.; and SIMON & SCHUSTER, INC.,<br><br>Defendants. | Case No. C11-03892 EMC<br><br>**CERTIFICATE OF SERVICE** |

*[caption continued on next page]*

Certificate of Service                                        Case No.  C11-03892 EMC

|  |  |
|---|---|
| ANDREAS ALBECK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.; HACHETTE BOOK GROUP, INC.; HARPERCOLLINS PUBLISHERS, INC.; MACMILLAN PUBLISHERS, INC; PENGUIN GROUP (USA) INC.; and SIMON & SCHUSTER, INC.,<br><br>Defendants. | Case No. C11-4110 LB |

I, Ann Stanton, am a citizen of the United States. My business address is 1965 Market Street, San Francisco, CA 94103. I am employed in the City and County of San Francisco where this mailing occurs. I am over the age of eighteen years and not a party to this action. On the date set forth below, I delivered the forgoing documents described as:

**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

**DECLARATION OF JADE BUTMAN IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES**

I e-filed the above detailed documents utilizing the United States District Court, Northern District of California's mandated ECF service on August 24, 2011. Counsel of record are required by the Court to be registered e-filers, and as such are automatically

e-served with a copy of the documents upon confirmation of e-filing.

I further certify that some of the participants in the case are not registered CM/ECF users.  I have mailed the foregoing document by First-Class Mail, postage prepaid, to the following non-CM/ECF participants:

Apple Inc.
1 Infinite Loop
Cupertino, California 95014

Hachette Book Group, Inc.
237 Park Avenue
New York, New York  10017

HarperCollins Publishers, Inc.
10 East 53rd Street
New York, New York  10022

Macmillan Publishers, Inc.
175 Fifth Avenue
New York, New York  10010

Penguin Group (USA) Inc.
375 Hudson Street
New York, New York 10014

Simon & Schuster, Inc.
1230 Avenue of the Americas
New York, New York 10020

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on August 24, 2011.


                              /s/ Ann Stanton
                                Ann Stanton