AKIN GUMP STRAUSS HAUER & FELD LLP
Reginald D. Steer (Bar No. 056324)
580 California Street, Suite 1500
San Francisco, CA 94104-1036
Telephone: (415) 765-9500
Facsimile: (415) 765-9501
Email: rsteer@akingump.com

Attorneys for Defendant
PENGUIN GROUP (USA) INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY PETRU and MARCUS MATHIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>APPLE INC.; HACHETTE BOOK GROUP, INC.; HARPERCOLLINS PUBLISHERS, INC.; MACMILLAN PUBLISHERS, INC.; PENGUIN GROUP (USA) INC.; and SIMON & SCHUSTER, INC.,<br><br>Defendants. | **CASE NO. 3:11-CV-03892-EMC**<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT PENGUIN GROUP (USA) INC.** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record in the above-captioned case on behalf of Defendant Penguin Group (USA) Inc. and requests that all notices, orders and/or other information in this case be served upon the individual identified below:

| | |
|---|---|
| 1 | Reginald D. Steer |
| 2 | AKIN GUMP STRAUSS HAUER & FELD LLP |
| | 580 California Street, Suite 1500 |
| 3 | San Francisco, CA 94104-1036 |
| | Telephone: (415)-765-9500 |
| 4 | Facsimile: (415)-765-9501 |
| | Email: rsteer@akingump.com |

Dated: August 26, 2011                    Respectfully submitted,

AKIN GUMP STRAUSS HAUER & FELD LLP

By: __/s/ Reginald D. Steer_____
       REGINALD D. STEER

Attorneys for Defendant
PENGUIN GROUP (USA), INC.

**NOTICE OF APPEARANCE**
**CASE NO. 3:11-CV-03892-EMC**