| | |
|---|---|
| 1 | RAOUL D. KENNEDY (STATE BAR NO. 40892) |
| | Raoul.Kennedy@skadden.com |
| 2 | RICHARD S. HORVATH, JR. (STATE BAR NO. 254681) |
| | Richard.Horvath@skadden.com |
| 3 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | 525 University Avenue, Suite 1100 |
| 4 | Palo Alto, California 94301 |
| | Telephone: (650) 470-4500 |
| 5 | Facsimile:  (650) 470-4570 |
| 6 | PAUL M. ECKLES (STATE BAR NO. 181156) |
| | Paul.Eckles@skadden.com |
| 7 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | 4 Times Square |
| 8 | New York, New York 10036 |
| | Telephone: (212) 735-3000 |
| 9 | Facsimile:  (212) 735-2000 |
| 10 | Attorneys for Specially Appearing Defendant |
| | HARPERCOLLINS PUBLISHERS L.L.C. |
| 11 | |

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| ANTHONY PETRU and MARCUS MATHIS, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | **CASE NO. 3:11-CV-03892-EMC** |
| Plaintiffs, | ) ) ) | **SPECIALLY APPEARING DEFENDANT HARPERCOLLINS PUBLISHERS L.L.C.'S CERTIFICATE OF INTERESTED PERSONS** |
| vs. | ) ) | |
| APPLE INC.; HACHETTE BOOK GROUP, INC.; HARPERCOLLINS PUBLISHERS, INC.; MACMILLAN PUBLISHERS, INC.; PENGUIN GROUP (USA) INC.; and SIMON & SCHUSTER, INC., | ) ) ) ) ) ) ) | [CIVIL LOCAL RULE 3-16] |
| Defendants, | ) ) | |

**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:  News Corporation.

DATED:  August 26, 2011

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:  /s/ Raoul D. Kennedy
     RAOUL D. KENNEDY

525 University Ave., Suite 1100
Palo Alto, California 94301
Telephone:  (650) 470-4500
Facsimile:  (650) 470-4570

Attorneys for Specially Appearing Defendant
HARPERCOLLINS PUBLISHERS L.L.C.