RAOUL D. KENNEDY (STATE BAR NO. 40892)
Raoul.Kennedy@skadden.com
RICHARD S. HORVATH, JR. (STATE BAR NO. 254681)
Richard.Horvath@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile:  (650) 470-4570

PAUL M. ECKLES (STATE BAR NO. 181156)
Paul.Eckles@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile:  (212) 735-2000

Attorneys for Specially Appearing Defendant
HARPERCOLLINS PUBLISHERS L.L.C.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY PETRU and MARCUS MATHIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>APPLE INC.; HACHETTE BOOK GROUP, INC.; HARPERCOLLINS PUBLISHERS, INC.; MACMILLAN PUBLISHERS, INC.; PENGUIN GROUP (USA) INC.; and SIMON & SCHUSTER, INC.,<br><br>Defendants, | **CASE NO. 3:11-CV-03892-EMC**<br><br>**NOTICE OF PENDENCY OF ACTIONS OR OTHER PROCEEDINGS**<br><br>[CIVIL LOCAL RULE 3-13] |

Defendants Apple, Inc., Hachette Book Group, Inc., HarperCollins Publishers L.L.C. (incorrectly sued herein as "HarperCollins Publishers, Inc."), Macmillan Publishers, Inc., Penguin Group (USA), Inc., and Simon & Schuster, Inc. (collectively, the "Defendants"), hereby notify the Court,[1] pursuant to Civil Local Rule 3-12, of the pendency of eight other actions which involve the same or similar subject matter and substantially all of the same parties as the instant action ("*Petru*"), all pending in the United States District Court for the Southern District of New York:

- *Burstein, et al. v. Apple, Inc., et al.* (11-cv-5621 S.D.N.Y.) ("*Burstein*")
- *Cheatham, et al. v. Apple, Inc., et al.* (11-cv-5750 S.D.N.Y.) ("*Cheatham*")
- *Evans, et al. v. Apple, Inc., et al.* (11-cv-5609 S.D.N.Y.) ("*Evans*")
- *Grover, et al. v. Apple, Inc., et al.* (11-cv-5576 S.D.N.Y.) ("*Grover*")
- *Lingofelt, et al. v. Apple, Inc., et al.*, (11-cv-5976 S.D.N.Y.) ("*Lingofelt*")
- *John T. Meyer, et al. v. Apple, Inc., et al.* (11-cv-5896 S.D.N.Y.) (" *J. Meyer*")
- *Paul J. Meyer, et al. v. Apple, Inc., et al.*, (11-cv-5898 S.D.N.Y.) ("*P. Meyer*")
- *Sotomayor, et al. v. Apple, Inc., et al.*, (11-cv-5707 S.D.N.Y.) ("*Sotomayor*")[2]

In addition to the four related actions pending in this District of which this Court is aware,[3] these eight other cases (all collectively, the "Related Cases") and this action involve an antitrust class action against six defendants relating to the unilateral and independent decisions by five of the major publishing houses, in connection with Apple's launch of its iBookstore and its iPad device, to begin selling their eBooks pursuant to an agency relationship.  While there are some substantive

---

[1] In making this notice, Defendants are making a special appearance and preserve their right to object to this action and to raise any defense pursuant to Rule 12 of the Federal Rules of Civil Procedure, including but not limited to improper venue, insufficient process, insufficient service of process or lack of personal jurisdiction.

[2] True and correct copies of the complaints in these related actions are attached hereto as Exhibits A-H.

[3] *Diamond, et al. v. Apple, Inc., et al.* (11-cv-3954 N.D. Cal.); *Gilstrap, et al. v. Apple, Inc., et al.* (11-cv-4035 N.D. Cal.); *Albeck, et al. v. Apple Inc., et al.* (11-cv-4110 N.D. Cal.); *Rossman, et al. v. Apple Inc., et al.* (11-cv-04192 N.D. Cal.).

differences amongst the allegations in these Related Cases, they all involve the same core group of defendants and the same conduct.

On August 16, 2011, Plaintiffs in two of the Related Cases, *Evans* and *Grover*, filed a motion with the Judicial Panel on Multidistrict Litigation ("JPML") to transfer and consolidate all of the then-filed actions, including *Petru*, pursuant to 28 U.S.C. § 1407. The Defendants believe that such transfer and consolidation of all of the Related Cases will avoid conflicts, conserve resources, and otherwise promote efficient determination of the actions. Defendants do not see a need to request independently a transfer of any of the cases because of the pending motion before the JPML.

DATED: August 26, 2011

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ Raoul D. Kennedy
RAOUL D. KENNEDY

525 University Ave., Suite 1100
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

Attorneys for Specially Appearing Defendant
HARPERCOLLINS PUBLISHERS L.L.C.

I, Raoul D. Kennedy, am the ECF User whose ID and password are being used to file this Notice Of Pendency Of Actions Or Other Proceedings. In compliance with General Order 45, X.B., I hereby attest that each of the following signatories has concurred in this filing.

SHEARMAN & STERLING LLP

By: /s/ James Donato
JAMES DONATO

Four Embarcadero Center, Suite 3800
San Francisco, California 94111
Telephone: (415) 616-1100
Facsimile: (415) 616-1199

Attorneys for Specially Appearing Defendant
HACHETTE BOOK GROUP, INC.

/ /
/ /

SIDLEY AUSTIN LLP


By: _____/s/ Samuel R. Miller_____
        SAMUEL R. MILLER

555 California Street
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Attorneys for Specially Appearing Defendant
MACMILLAN PUBLISHERS, INC.

AKIN GUMP STRAUSS HAUER & FELD LLP


By: _____/s/ Reginald D. Steer_____
        REGINALD D. STEER

580 California Street, Suite 1500
San Francisco, California 94104-1036
Telephone: (415) 765-9520
Facsimile: (415) 765-9501

Attorneys for Specially Appearing Defendant
PENGUIN GROUP (USA) INC.

WEIL, GOTSHAL & MANGES LLP


By: _____/s/ Gregory D. Hull_____
        GREGORY D. HULL

201 Redwood Shores Parkway
Redwood Shores, California 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Specially Appearing Defendant
SIMON & SCHUSTER, INC.

/
/
/
/
/
/
/
/
/

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JONES DAY LLP

By: /s/ Robert Mittelstaedt
ROBERT MITTELSTEADT

555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Specially Appearing Defendant
APPLE INC.