United States District Court
For the Northern District of California

1
2
3
4
5                    UNITED STATES DISTRICT COURT
6                    NORTHERN DISTRICT OF CALIFORNIA
7
8   ANTHONY PETRU, *et al.*,                    No. C-11-3892 EMC
9              Plaintiffs,
10       v.                                     **ORDER GRANTING TEMPORARY
                                                RELIEF**
11  APPLE, INC., *et al.*,
                                                **(Docket No. 16)**
12             Defendants.
    _____/
13
14
15       Currently pending before the Court is Defendants' motion for administrative relief, in which
16  they ask the Court for an enlargement of time to respond to the complaint.  Under the Civil Local
17  Rules, Plaintiffs have until September 1, 2011, to file an opposition.  *See* Civ. L.R. 7-11(b).
18  However, Defendants ask the Court to rule on an expedited basis because their answer is due on
19  August 29, 2011.
20       The Court hereby **GRANTS** temporary relief to Defendants.  That is, Defendants are
21  temporarily relieved from their obligation to respond to the complaint until (1) Plaintiffs file their
22  opposition to the motion to enlarge and (2) this Court rules on the motion to enlarge.
23       IT IS SO ORDERED.
24
25  Dated:  August 28, 2011
26                                              _____
27                                              EDWARD M. CHEN
                                                United States District Judge
28