AKIN GUMP STRAUSS HAUER & FELD LLP
Reginald D. Steer (Bar No. 056324)
580 California Street, Suite 1500
San Francisco, CA 94104-1036
Telephone: (415) 765-9500
Facsimile: (415) 765-9501
Email: rsteer@akingump.com

Attorneys for Specially Appearing Defendant
PENGUIN GROUP (USA) INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY PETRU and MARCUS MATHIS, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>APPLE INC.; HACHETTE BOOK GROUP, INC.; HARPERCOLLINS PUBLISHERS, INC.; MACMILLAN PUBLISHERS, INC.; PENGUIN GROUP (USA) INC.; and SIMON & SCHUSTER, INC.,<br><br>　　　　　　Defendants, | **CASE NO. 3:11-CV-03892-EMC**<br><br>**SPECIALLY APPEARING DEFENDANT PENGUIN GROUP (USA), INC.'S CERTIFICATE OF INTERESTED PERSONS**<br><br>[CIVIL LOCAL RULE 3-16] |

**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:  Pearson plc.

Dated: August 29, 2011                           Respectfully submitted,

                                                 AKIN GUMP STRAUSS HAUER & FELD LLP

                                                 By:  /s/ Reginald D. Steer
                                                      REGINALD D. STEER

                                                 Attorneys for Specially Appearing Defendant
                                                      PENGUIN GROUP (USA), INC.