1 | RAOUL D. KENNEDY (STATE BAR NO. 40892)
Raoul.Kennedy@skadden.com
2 | RICHARD S. HORVATH, JR. (STATE BAR NO. 254681)
Richard.Horvath@skadden.com
3 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
4 | Palo Alto, California 94301
Telephone: (650) 470-4500
5 | Facsimile:  (650) 470-4570

6 | PAUL M. ECKLES (STATE BAR NO. 181156)
Paul.Eckles@skadden.com
7 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Times Square
8 | New York, New York 10036
Telephone: (212) 735-3000
9 | Facsimile:  (212) 735-2000

10 | Attorneys for Specially Appearing Defendant
HARPERCOLLINS PUBLISHERS L.L.C.

11 |

12 | **UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
13 | **SAN FRANCISCO DIVISION**

14 | ANTHONY PETRU and MARCUS MATHIS,   ) **CASE NO. 3:11-CV-03892-EMC**
Individually and on Behalf of All Others   )
15 | Similarly Situated,   )
  ) **SUPPLEMENTAL NOTICE OF**
16 |   Plaintiffs,   ) **PENDENCY OF ACTIONS OR OTHER**
  ) **PROCEEDINGS**
17 |   vs.   )
  ) [CIVIL LOCAL RULE 3-13]
18 | APPLE INC.; HACHETTE BOOK GROUP,   )
INC.; HARPERCOLLINS PUBLISHERS,   )
19 | INC.; MACMILLAN PUBLISHERS, INC.;   )
PENGUIN GROUP (USA) INC.; and SIMON   )
20 | & SCHUSTER, INC.,   )
  )
21 |   Defendants,   )
  )
22 |   )

23 |

24 |

25 |

26 |

27 |

28 |

Defendant HarperCollins Publishers L.L.C. (incorrectly sued herein as "HarperCollins Publishers, Inc."), hereby submits this supplemental notice to the Court, pursuant to Civil Local Rule 3-12, of the pendency of additional actions which involve the same or similar subject matter and substantially all of the same parties as the instant action ("*Petru*"), pending in the United States District Court for the Southern District of New York:

- *Greene, et al. v. MacMillan, et al.* (11-cv-6019 S.D.N.Y.) ("*Greene*")

- *Yastrab v. Hachette Book Group, Inc., et al.* (11-cv-6079 S.D.N.Y.) ("*Yastrab*")[1]

Plaintiffs' counsel in the *Greene* and *Yastrab* actions did not file any of the Related Cases identified in Defendants' August 26, 2011 Notice of Pendency of Actions or Other Proceedings. These two actions and the Related Cases all involve the same core group of defendants and the same conduct even though there may be some substantive differences amongst the *Greene* and *Yastrab* actions and the other Related Cases.

DATED:  August 31, 2011

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP


By: _____/s/ Raoul D. Kennedy_____
              RAOUL D. KENNEDY

525 University Ave., Suite 1100
Palo Alto, California 94301
Telephone:  (650) 470-4500
Facsimile:  (650) 470-4570

Attorneys for Specially Appearing Defendant
HARPERCOLLINS PUBLISHERS L.L.C.

---

[1]     True and correct copies of the complaints in the *Greene* and *Yastrab* actions are attached hereto as Exhibits I and J.

SUPPLEMENTAL NOTICE OF PENDENCY OF ACTIONS OR OTHER PROCEEDINGS          CASE NO. 3:11-CV-03892-EMC