| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| STEVE W. BERMAN, ESQ. (WSBA 12536)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, California 94710 | (510) 725-3000 | |
| | Ref. No. Or File No. | |
| Attorneys for: PLAINTIFFS | W2581355 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
ANTHONY PETRU, etc., et al.

Defendant:
APPLE, INC.

| PROOF OF SERVICE | Date: | Time: | Dept/Div: | Case Number: C 11 3892 EDL |
|---|---|---|---|---|

I, Amar Raman, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: Complaint, Civil Cover sheet, Summons, order setting initial case management conference and ADR deadlines, notice of assignment of case to U.S. Magistrate Judge for trial, blank Consent to proceed before a US Magistrate Judge, blank declination to proceed before a US Magistrate Judge and request for reassignment to a US District Judge, Magistrate Judge Elizabeth D. Laporte Standing Order and standing order re case management conference, application for Admission of Steve W. Berman Pro Hac Vice and Proposed Order Granting Application for Admission of Steve W. Berman Pro Hac Vice, 08-10-11 Massachusetts Consumer & Business Protection Act Letter –Welcome to the U.S. district court san Francisco division, ECF information handout, and consenting to a Magistrate Judge's Jurisdiction in ND Cal brochure

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant : HarperCollins Publishers Inc.

By Serving : SCOTT LASCALA, Authorized Agent of Corporation Trust Company, Agent for Service of Process
Address : 1209 Orange Street, Wilmington, DE 19801
Date & Time : Wednesday, August 10, 2011 @ 4:10 p.m.
Witness fees were : Not applicable.

Person serving:
Amar Raman
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
  (1) Employee or independent contractor
  (2) Registration No.:
  (3) County:
  (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 10, 2011      Signature:_____
                                                     Amar Raman


Printed on recycled paper

# Mailing Information for a Case 3:11-cv-03892-EMC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Steve W. Berman**
  steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com

- **Jeff D Friedman**
  jefff@hbsslaw.com,pashad@hbsslaw.com,sf_filings@hbsslaw.com

- **Raoul Dion Kennedy**
  rkennedy@skadden.com,kenneth.hartley@skadden.com,lavonne.hartnett@skadden.com

- **Stuart McKinley Paynter**
  stuart@smplegal.com,mgerton@smplegal.com,cboyd@smplegal.com,jmurray@smplegal.com

- **Michael Francis Ram**
  mram@ramolson.com,awilliams@ramolson.com

- **Shana E. Scarlett**
  shanas@hbsslaw.com,pashad@hbsslaw.com,sf_filings@hbsslaw.com

- **Reginald David Steer**
  rsteer@akingump.com,lfrance-gorn@akingump.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`