Harry Shulman, Esq.  (SBN 209908)
**SHULMAN LAW**
44 Montgomery Street, Suite 3830
San Francisco, California 94104
Telephone:     (415) 901-0505
Facsimile:      (866) 422-4859
harry@shulmanlawfirm.com

Counsel for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PETRU and MARCUS MATHIS, Individually and on behalf of all others similarly situated, | Case No.  3:11-CV-03892  EMC |
| | CLASS ACTION |
| Plaintiffs, | |
| v. | |
| APPLE INC.; HACHETTE BOOK GROUP, INC.; HARPERCOLLINS PUBLISHERS, INC.; MACMILLAN PUBLISHERS, INC.; PENGUIN GROUP (USA) INC.; and SIMON AND SCHUSTER, INC. | |
| Defendants. | |
| EUGENIA RUANE-GONZALES, and all others similarly situated, | Case No.  4:11-CV-04500 LB |
| | CLASS ACTION |
| Plaintiffs, | |
| v. | **[PROPOSED] ORDER ON ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED [L.R. 3-12]** |
| APPLE INC.; HACHETTE BOOK GROUP, INC.; HARPERCOLLINS PUBLISHERS, INC.; MACMILLAN PUBLISHERS, INC.; PENGUIN GROUP (USA) INC.; SIMON AND SCHUSTER, INC.; and DOES I-X, | |
| Defendants. | |

[PROPOSED] ORDER ON ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED [L.R. 3-12]

1

On October 4, 2011, Plaintiff Eugenia Ruane-Gonzales filed an Administrative Motion to Consider Whether Cases Should Be Related pursuant to Civil Local Rule 3-12. The motion recites that defendants do not oppose the request. The Court having considered the papers and pleadings on file, and good cause appearing, HEREBY GRANTS Plaintiffs' Administrative Motion.

IT IS ORDERED that *Ruane-Gonzales v. Apple, Inc. et al.*, Case No. 4:11-CV-04500 LB is related to *Petru et al. v. Apple, Inc. et al.*, Case No. 3:11-CV-03892 EMC.

DATED:  _____.

_____
HONORABLE EDWARD M. CHEN
Judge, United States District Court