1
2  Harry Shulman, Esq.  (SBN 209908)
   **SHULMAN LAW**
3  44 Montgomery Street, Suite 3830
   San Francisco, California 94104
4  Telephone:     (415) 901-0505
   Facsimile:     (866) 422-4859
5  harry@shulmanlawfirm.com

6  Counsel for Plaintiffs

7                    UNITED STATES DISTRICT COURT
8
                     NORTHERN DISTRICT OF CALIFORNIA
9

10 **ANTHONY PETRU and MARCUS MATHIS,**              Case No.  3:11-CV-03892  EMC
   **Individually and on behalf of all others**
11 **similarly situated,**                          CLASS ACTION
12
                         Plaintiffs,
13
          v.
14
   **APPLE INC.; HACHETTE BOOK GROUP,**
15 **INC.; HARPERCOLLINS PUBLISHERS,**
   **INC.; MACMILLAN PUBLISHERS, INC.;**
16 **PENGUIN GROUP (USA) INC.; and SIMON**
17 **AND SCHUSTER, INC.**

18                       Defendants.

19 **EUGENIA RUANE-GONZALES, and all**              Case No.  4:11-CV-04500 LB
20 **others similarly situated,**
                                                    CLASS ACTION
21                       Plaintiffs,
22        v.                                        **CERIFICATE OF SERVICE**
23
   **APPLE INC.; HACHETTE BOOK GROUP,**
24 **INC.; HARPERCOLLINS PUBLISHERS,**
   **INC.; MACMILLAN PUBLISHERS, INC.;**
25 **PENGUIN GROUP (USA) INC.; SIMON**
   **AND SCHUSTER, INC.; and DOES I-X**,
26
27                       Defendants.

28
   ---
   CERTIFICATE OF SERVICE                    1

I, Harry Shulman, am a citizen of the United States. My business address is 44 Montgomery Street, Suite 3830, San Francisco, CA 94104.   I am employed in the City and County of San Francisco where this mailing occurs.   I am over the age of eighteen years and not a party to this action. On the date set forth below, I served the foregoing documents described as:

**1. ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

**2. DECLARATION OF HARRY SHULMAN IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

**3. [PROPOSED] ORDER ON ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED [L.R. 3-12]**

I e-filed the above-detailed documents utilizing the United States District Court, Northern District of California's mandated ECF service on August 18, 2011. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.  To my knowledge, there are no participants in the case who are not registered CM/ECF users.

I declare under penalty of perjury that the foregoing facts are true and correct and that this declaration was executed on this 4th day of September, 2011 in San Francisco, California.

Dated:   October 4, 2011.

By: _____
Harry Shulman, Esq.
**SHULMAN LAW**
44 Montgomery Street, Suite 3830
San Francisco, California 94104
Telephone:     (415) 901-0505
Facsimile:      (866) 422-4859
harry@shulmanlawfirm.com

2