1  Eric H. Gibbs (State Bar No. 178658)
   Elizabeth C. Pritzker (State Bar No. 146267)
2  Amy M. Zeman (State Bar No. 273100)
3  **GIRARD GIBBS LLP**
   601 California Street, 14th Floor
4  San Francisco, CA  94108
   Telephone: (415) 981-4800
5  Facsimile:  (415) 981-4846
6  E-mail:  ehg@girardgibbs.com
            ecp@girardgibbs.com
7           amz@girardgibbs.com

8  *Attorneys for Plaintiff Steven Rivers*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY PETRU and MARCUS MATHIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>APPLE, INC.; HACHETTE BOOK GROUP, INC.; HARPERCOLLINS PUBLISHERS, INC.; MACMILLAN PUBLISHERS, INC.; PENGUIN GROUP (USA), INC., and SIMON & SCHUSTER, INC.,<br><br>Defendants. | Case No. 3:11-CV-03892-EMC<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| THIS DOCUMENT ALSO RELATES TO:<br><br>STEVEN RIVERS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>MACMILLAN, SIMON & SCHUSTER, HACHETTE BOOK GROUP, HARPERCOLLINS PUBLISHERS, PENGUIN GROUP (USA), INC., AND APPLE INC.,<br><br>Defendants. | Case No. 3:11-CV-05080-JCS |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Local Civil Rule 3-12, Plaintiff submits this administrative motion for the Court to consider whether *Rivers v. Macmillan, et al.*, Case No. 3:11-CV-05080-JCS, filed October 17, 2011, should be related to *Petru, et al. v. Apple, Inc., et al.*, Case No. 3:11-CV-03892-EDL.

The *Rivers* action may be related to the *Petru* action because it concerns substantially the same parties, property, transaction or event. The cases are brought against the same defendants as class actions on behalf of persons who purchased eBooks subject to agency pricing and allege violations of the Sherman Act, 15 U.S.C. § 1, relating to price fixing.

For the same or similar reasons, the *Rivers* action may also be related to the following cases pending in the Northern District of California:

1. *Diamond, et al. v. Apple, Inc., et al.*, No. 3:11-cv-03954-EMC;
2. *Gilstrap, et al. v. Apple, Inc., et al.*, No. 3:11-cv-04035-EMC;
3. *Albeck, et al. v. Apple, Inc., et al.*, No. 3:11-cv-04110-EMC;
4. *Rossman, et al. v. Apple, Inc., et al.*, No. 3:11-cv-04192-MEJ;
5. *Key, et al. v. Apple, Inc., et al.*, No. 3:11-cv-04754-EMC;
6. *Ruane-Gonzales, et al. v. Apple, Inc., et al.*, No. 3:11-cv-04500-EMC; and
7. *Miller, et al. v. Hachette Book Group, Inc., et al.*, No. 3:11-cv-05019-JCS.

The *Petru* and *Diamond* actions are subject to an MDL petition with a hearing set for December 1, 2011, and the other listed actions are likely to be treated as tag-along actions. *See* MDL No. 2293.

The *Rivers* and *Petru* actions are likely to require the determination of the same or similar questions of law and fact and thus call for substantially similar or duplicative discovery. Accordingly, a substantial duplication of labor is likely if the cases were to proceed before different judges and the parties could be subject to conflicting results. Assignment of these actions to a single District Court Judge will conserve judicial resources and promote efficient determination of the actions while avoiding potentially conflicting outcomes. Both actions are in the preliminary stages of litigation and assignment to a single judge thus would not prejudice any of the parties. Accordingly, Plaintiff Steven Rivers respectfully requests that *Rivers v. Macmillan, et al.* be deemed related to *Petru v. Apple, Inc., et al.*

| | |
|---|---|
| Dated: October 20, 2011 | By: /s/ *Amy M. Zeman* |
| | Amy M. Zeman |
| | |
| | Eric H. Gibbs |
| | Elizabeth C. Pritzker |
| | **GIRARD GIBBS LLP** |
| | 601 California Street, 14th Floor |
| | San Francisco, CA  94108 |
| | Telephone: (415) 981-4800 |
| | Facsimile:  (415) 981-4846 |

# CERTIFICATE OF SERVICE

I, Amy M. Zeman, hereby certify that on October 20, 2011, I caused the below listed documents to be filed electronically with the United States District Court for the Northern District of California through the Court's mandated ECF service.

1. **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

2. **DECLARATION OF AMY M. ZEMAN RE ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; AND**

3. **[PROPOSED] ORDER RELATING CASES**

I also certify that I caused the foregoing to be served *via first class mail* on the attached service list by placing the documents listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at San Francisco, California.

Executed this 20th day of October, 2011 at San Francisco, California.

            */s/ Amy M. Zeman*

| Plaintiffs | Defendants |
|---|---|
| Michael Francis Ram<br>**RAM, OLSON, CEREGHINO & KOPCZYNSKI LLP**<br>555 Montgomery Street, Suite 820<br>San Francisco, CA 94111<br>Telephone: (415) 433-4949<br>Fax:         (415) 433-7311<br>Email: mram@ramolson.com | Raoul Dion Kennedy<br>**SKADDEN ARPS SLATE MEAGHER & FLOM LLP**<br>525 University Avenue, Suite 1100<br>Palo Alto, CA 94301<br>Telephone: (650) 470-4500<br>Fax:         (650) 470-4570<br>Email: rkennedy@skadden.com |
| Eugene A. Spector<br>Jonathan M. Jagher<br>**SPECTOR ROSEMAN KODROFF & WILLIS, PC**<br>1818 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>Telephone: (215) 496-0300<br>Fax:         (215) 496-6611<br>Email: espector@srkw-law.com<br>Email: jjagher@srkw-law.com | Paul M. Eckles<br>**SKADDEN ARPS SLATE MEAGHER & FLOM LLP**<br>4 Times Square<br>New York, NY 10036<br>Telephone: (212) 735-3000<br>Fax:         (212) 735-2000<br>Email: paul.eckles@skadden.com |
| *Attorneys for Plaintiff Patsy Diamond*<br>(N.D. of California Case No. 11-03954) | Richard Stephen Horvath, Jr.<br>**SKADDEN ARPS SLATE MEAGHER AND FLOM LLP**<br>525 University Avenue, Suite 100<br>Palo Alto, CA 94301<br>Telephone: (650) 470-4500<br>Fax:         (650) 470-4570<br>Email: richard.horvath@skadden.com |
| Jeff D Friedman<br>Shana E. Scarlett<br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>Telephone: (510) 725-3000<br>Fax:         (510) 725-3001<br>Email: jefff@hbsslaw.com<br>Email: shanas@hbsslaw.com | *Attorneys for Defendant Harpercollins Publishers, Inc.*<br>(N.D. of California Case No. 11-03954)<br>(N.D. of California Case No. 11-04035)<br>(N.D. of California Case No. 11-04754)<br>(N.D. of California Case No. 11-04500)<br>(N.D. of California Case No. 11-05080) |
| Steve W. Berman<br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>1918 8th Avenue, Suite 3300<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Fax:         (206) 623-0594<br>Email: steve@hbsslaw.com | Reginald David Steer<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>580 California Street, 15th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 765-9500<br>Fax:         (415) 765-9501<br>Email: rsteer@akingump.com |
| *Attorneys for Plaintiffs Anthony Petru, Marcus Mathis, Christian Gilstrap, Cynthia J. Tyler, Thomas Friedman, Jeremy Sheppeck, Aloysius J. Brown, III, Anne M. Rinaldi, Laura J.* | *Attorneys for Defendant Penguin Group (USA)* |

*Warner, Barbara Heath, Kathleen Linda Pitlock, Kathleen Weiss, Matthew A. Hosking, Diane Urbanec, Ed Macauley, Ronna Hamelin, James L. Nesmith, Lauren Albert, Sue Roberts, Shane S. Davis, Sue Ellen Gordon, Charles Leonard Pelton, Sr., Kimberly Whiteside Brooks, Steven D. Campbell,  Jessica Moyer, Rebecca L. Rossman, Miriam Cummings,  Carole C. Kehl, and Kamal Sonti*
(N.D. of California Case No. 11-04035)
(N.D. of California Case No. 11-04192)

Jeffrey Farley Keller
Jade Erin Butman
**KELLER GROVER LLP**
1965 Market Street
San Francisco, CA 94103
Telephone: (415) 543-1305
Fax:         (415) 543-7861
Email: jfkeller@kellergrover.com
Email: JButman@KellerGrover.com

*Attorney for Plaintiff Andreas Albeck*
(N.D. of California Case No. 11-04110)

Jeffrey Scott Goldenberg
Todd B. Naylor
**GOLDENBERG SCHNEIDER AND GROH, LPA**
35 E. 7th Street, Suite 600
Cincinnati, OH 45202
Telephone: (513) 345-8291
Fax:         (513) 345-8294
Email: jgoldenberg@mgsglaw.com
Email: tnaylor@mgsglaw.com

Stuart McKinley Paynter
**THE PAYNTER LAW FIRM PLLC**
1200 G Street N.W., Suite 800
Washington, DC 20005
Telephone: (202) 626-4486
Fax:         (866) 734-0622
Email: stuart@smplegal.com

*Attorneys for Plaintiffs  Rebecca L. Rossman, Miriam Cummings,  Carole C. Kehl, and*

*Inc.*
(N.D. of California Case No. 11-05080)

**MACMILLAN**
175 Fifth Avenue
New York, New York 10010

**SIMON & SCHUSTER**
1230 Avenue of the Americas
New York, New York  10020

**HACHETTE BOOK GROUP**
237 Park Avenue
New York, New York  10017

**APPLE INC.**
1 Infinite Loop
Cupertino, California 95014

*Kamal Sonti*
(N.D. of California Case No. 11-04192)

Christopher M. Burke
Walter W. Noss
Kristen Marie Anderson
**SCOTT + SCOTT LLP**
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 233-4565
Email: cburke@scott-scott.com
Email: wnoss@scott-scott.com
Email: kanderson@scott-scott.com

Daniel Jay Mogin
**THE MOGIN LAW FIRM P.C.**
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 687-6611
Fax: (619) 687-6610
Email: dmogin@moginlaw.com

*Attorneys for Plaintiff Katrina Key*
(N.D. of California Case No. 11-04754)

Harry Shulman
SHULMAN LAW
44 Montgomery St., Suite 3830
San Francisco, CA 94104
Telephone: (415) 901-0505
Fax: (866) 422-4859
Email: harry@shulmanlawfirm.com

*Attorney for Plaintiff Eugenia Ruane-Gonzales*
(N.D. of California Case No. 11-04500)

Dina Elizabeth Micheletti
Jeffrey Louis Fazio
**FAZIO & MICHELETTI LLP**
2410 Camino Ramon, Suite 315
San Ramon, CA 94583
Telephone: (925) 543-2555
Email: dem@fazmiclaw.com
Email: jlf@fazmiclaw.com

Renae Diane Steiner
Vincent J. Esades
**HEINS MILLS & OLSON, P.L.C.**
310 Clifton Avenue
Minneapolis, MN 55403
Telephone: (612) 338-4605
Fax:          (612) 338-4692
Email: rsteiner@heinsmills.com
Email: vesades@heinsmills.com

*Attorney for Plaintiff Chad Miller, and Grace Hoke*
(N.D. of California Case No. 11-05019)