Eric H. Gibbs (State Bar No. 178658)
Elizabeth C. Pritzker (State Bar No. 146267)
Amy M. Zeman (State Bar No. 273100)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
E-mail: ehg@girardgibbs.com
　　　　ecp@girardgibbs.com
　　　　amz@girardgibbs.com

*Attorneys for Plaintiff Steven Rivers*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY PETRU and MARCUS MATHIS, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br>　vs.<br><br>APPLE, INC.; HACHETTE BOOK GROUP, INC.; HARPERCOLLINS PUBLISHERS, INC.; MACMILLAN PUBLISHERS, INC.; PENGUIN GROUP (USA), INC., and SIMON & SCHUSTER, INC.,<br><br>　　　　Defendants. | Case No. 3:11-CV-03892-EMC<br><br><br>**[PROPOSED] ORDER RELATING CASES** |
| THIS DOCUMENT ALSO RELATES TO:<br><br>STEVEN RIVERS, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br>　vs.<br><br>MACMILLAN, SIMON & SCHUSTER, HACHETTE BOOK GROUP, HARPERCOLLINS PUBLISHERS, PENGUIN GROUP (USA), INC., AND APPLE INC.,<br><br>　　　　Defendants. | Case No. 3:11-CV-05080-JCS |

1      Plaintiff in *Steven Rivers v. Macmillan, et al.*, Case No. 3:11-CV-05080-JCS, filed an Administrative Motion to Consider Whether Cases Should be Related pursuant to Civil Local Rule 3-12. Having considered the papers and pleadings on file, and good cause appearing, the Court HEREBY GRANTS the motion.

     IT IS ORDERD that *Steven Rivers v. Macmillan, et al.* is hereby related to *Petru, et al. v. Apple, Inc., et al.*, Case No. 3:11-CV-03892-EDL.

     *Steven Rivers v. Macmillan, et al.* shall be reassigned to the undersigned judge pursuant to Civil Local Rule 3-12(f).

Dated: _____            _____
                                                     The Honorable Edward M. Chen
                                                     United States District Judge