Jeff D. Friedman (173886)
Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com
shanas@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY PETRU and MARCUS MATHIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.; HACHETTE BOOK GROUP, INC.; HARPERCOLLINS PUBLISHERS, INC.; MACMILLAN PUBLISHERS, INC; PENGUIN GROUP (USA) INC.; and SIMON & SCHUSTER, INC.,<br><br>Defendants. | No. C11-03892 EMC<br><br>DECLARATION OF JEFF D. FRIEDMAN IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED<br><br><br><br><br><br>ACTION FILED: August 9, 2011 |

*[caption continued on next page]*

| | |
|---|---|
| REBECCA L. ROSSMAN, MIRIAM CUMMINGS, CAROLE C. KEHL, and KAMAL SONTI, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiffs,<br><br>  v.<br><br>APPLE INC.; HACHETTE BOOK GROUP, INC.; HARPERCOLLINS PUBLISHERS, INC.; MACMILLAN PUBLISHERS, INC.; PENGUIN GROUP (USA) INC.; and SIMON & SCHUSTER, INC.,<br><br>                      Defendants. | No. C 11-04192 MEJ<br><br><br><br><br><br><br><br><br><br>ACTION FILED: August 24, 2011 |

I, JEFF D. FRIEDMAN, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am a partner with the law firm of Hagens Berman Sobol Shapiro LLP, one of the counsel of record for Plaintiff Rebecca L. Rossman. I am making this declaration in support of the administrative motion to relate cases filed in behalf of Rebecca L. Rossman and the eBook Plaintiffs in *Rossman et al. v. Apple Inc., et al.*, No. C 11-04192 MEJ, filed Aug. 24, 2011 ("*Rossman*"). I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached hereto as Exhibit A is a true and correct copy of the Complaint filed in *Rossman*. *Rossman* is currently assigned to the Honorable Magistrate Judge Maria-Elena James. *Rossman* is a class action brought on behalf of purchasers of eBooks. It arises from an alleged conspiracy to fix prices by the defendants.

3. A stipulation pursant to Civil Local Rule 7-11(a) could not be obtained because defendants in the *Rossman* action have not yet appeared.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 31st day of October, 2011, at Berkeley, California.

                                                  /s/ Jeff D. Friedman
                                                  JEFF D. FRIEDMAN

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

      /s/ Jeff D. Friedman
      JEFF D. FRIEDMAN

FRIEDMAN DECL. ISO ADMIN. MOT. TO CONSIDER
WHETHER CASES SHOULD BE RELATED – No.C11-03892 EMC — - 2 -

## Mailing Information for a Case 3:11-cv-03892-EMC

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Steve W. Berman**
  steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com

- **Christopher M. Burke**
  cburke@scott-scott.com,tturner@scott-sott.com,edewan@scott-scott.com,efile@scott-scott.com

- **Jeff D Friedman**
  jefff@hbsslaw.com,jeanethd@hbsslaw.com,sf_filings@hbsslaw.com

- **Raoul Dion Kennedy**
  rkennedy@skadden.com,paul.eckles@skadden.com,lavonne.hartnett@skadden.com,richard.horvath@skadden.com,brigitte.travaglini@skadden.com

- **Stuart McKinley Paynter**
  stuart@smplegal.com,mgerton@smplegal.com,cboyd@smplegal.com,jmurray@smplegal.com

- **Michael Francis Ram**
  mram@ramolson.com,awilliams@ramolson.com

- **Eugenia Ruane-Gonzales**
  harry@shulmanlawfirm.com

- **Shana E. Scarlett**
  shanas@hbsslaw.com,jeanethd@hbsslaw.com,sf_filings@hbsslaw.com

- **Harry Shulman**
  harry@shulmanlawfirm.com

- **Reginald David Steer**
  rsteer@akingump.com,lfrance-gorn@akingump.com

- **Amy Marie Zeman**
  amz@girardgibbs.com,jiv@girardgibbs.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

# Mailing Information for a Case 3:11-cv-04192-MEJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Steve W. Berman**
  steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com

- **Jeff D Friedman**
  jefff@hbsslaw.com,jeanethd@hbsslaw.com,sf_filings@hbsslaw.com

- **Jeffrey Scott Goldenberg**
  jgoldenberg@mgsglaw.com,jmcilvain@mgsglaw.com,cpence@mgsglaw.com

- **Stuart McKinley Paynter**
  stuart@smplegal.com,mgerton@smplegal.com,cboyd@smplegal.com,jmurray@smplegal.com

- **Shana E. Scarlett**
  shanas@hbsslaw.com,jeanethd@hbsslaw.com,sf_filings@hbsslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Todd B. Naylor
Goldenberg Schneider & Groh, LPA
35 E. 7th Street, Suite 600
Cincinnati, OH 95202
```