1

2

3

4

5                          UNITED STATES DISTRICT COURT

6                         NORTHERN DISTRICT OF CALIFORNIA

7

8   ANTHONY PETRU, *et al.*,                    No. C-11-3892 EMC

9            Plaintiffs,                         **and all related cases listed below:**
                                                 C11-3954 EMC Diamond v. Apple
10        v.                                      C11-4035 EMC Gilstrap v. Apple
                                                 C11-4110 EMC Albeck v. Apple
11  APPLE, INC., *et al.*,                        C11-4754 EMC Key v. Apple
                                                 C11-4500 EMC Ruane-Gonzalez v. Apple
12         Defendants.                           C11-5080 EMC Rivers v. MacMillan

13

    _____/    **CLERK'S NOTICE**
14

15  TO ALL PARTIES AND COUNSEL OF RECORD:

16         YOU ARE NOTIFIED that the CASE MANAGEMENT CONFERENCE set for this case

17  and all the related cases listed above is reset for January 6, 2012 at 9:00 a.m. before District Judge

18  Edward M. Chen, Courtroom 5, 17th Floor, Federal Building, 450 Golden Gate Avenue, San

19  Francisco, CA 94102.   A joint CMC Statement shall be filed by December 30, 2011.

20  Dated:   November 2, 2011                    FOR THE COURT,
                                                 Richard W. Wieking, Clerk
21

22
                                                 by:  _____
23                                                         Betty Lee
                                                     Courtroom Deputy
24

25

26

27

28

*United States District Court*
For the Northern District of California