RAOUL D. KENNEDY (STATE BAR NO. 40892)
Raoul.Kennedy@skadden.com
RICHARD S. HORVATH, JR. (STATE BAR NO. 254681)
Richard.Horvath@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

PAUL M. ECKLES (STATE BAR NO. 181156)
Paul.Eckles@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

Attorneys for Specially Appearing Defendant
HARPERCOLLINS PUBLISHERS L.L.C.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PETRU and MARCUS MATHIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>APPLE INC.; HACHETTE BOOK GROUP, INC.; HARPERCOLLINS PUBLISHERS, INC.; MACMILLAN PUBLISHERS, INC.; PENGUIN GROUP (USA) INC.; and SIMON & SCHUSTER, INC.,<br><br>Defendants. | CASE NO. 3:11-CV-03892-EMC |
| GRETCHEN ULBEE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INC.; HACHETTE BOOK GROUP, INC.; HARPERCOLLINS PUBLISHERS, INC.; MACMILLAN PUBLISHERS, INC.; PENGUIN GROUP (USA) INC.; and SIMON & SCHUSTER, INC.,<br><br>Defendants. | CASE NO. 4:11-CV-04490-DMR<br><br>**(1) ADMINISTRATIVE MOTION TO RELATE CASES;**<br><br>**(2) DECLARATION OF RICHARD S. HORVATH, JR. IN SUPPORT OF THE ADMINISTRATIVE MOTION TO RELATE CASES [filed under separate cover];**<br><br>**(3) [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES [filed under separate cover]** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**

PLEASE TAKE NOTICE that specially appearing defendant HarperCollins Publishers L.L.C. (incorrectly sued as "HarperCollins Publishers, Inc.") submits this Administrative Motion to Relate Cases pursuant to Civil Local Rules 3-12 and 7-11 to relate *Ulbee v. Apple Inc., et al.* (11-cv-4490 N.D. Cal.) (the "*Ulbee* Action") to the previously filed action captioned *Petru, et al. v. Apple, Inc., et al.* (11-cv-3892 N.D. Cal.) (the "*Petru* Action") and to request that the *Ulbee* Action be assigned to the Honorable Edward M. Chen for all purposes.

This Administrative Motion will be based on this notice, administrative motion, the accompanying memorandum of points and authorities and all other matters properly considered by the Court.

**MEMORANDUM OF POINTS AND AUTHORITIES**

Pursuant to Civil Local Rules 3-12 and 7-11, specially appearing defendant HarperCollins Publishers L.L.C. (incorrectly sued as "HarperCollins Publishers, Inc.") submits this administrative motion to relate the above captioned actions. The Honorable Edward M. Chen has already ordered that the following actions be administratively related to the action captioned *Petru, et al. v. Apple, Inc., et al.* (11-cv-3892 N.D. Cal.) (the "*Petru* Action") and assigned to his court: *Diamond v. Apple, Inc., et al.* (11-cv-3954 N.D. Cal.); *Gilstrap, et. al. v. Apple, Inc., et al.* (11-cv-4035 N.D. Cal.); *Albeck v. Apple, Inc., et al.* (11-cv-4110 N.D. Cal.); *Ruane-Gonzales v. Apple, Inc., et al.* (11-cv-4500 N.D. Cal.); *Key v. Apple, Inc., et al.* (11-cv-04754 N.D. Cal.); and *Rivers v. McMillan, et. al.* (11-cv-05080 N.D. Cal.) (collectively, "Related Actions"). Currently pending are motions to relate *Rossman, et al. v. Apple, Inc., et al.* (11-cv-04191 N. D. Cal.) and *Miller, et al. v. Hachette Book Group, Inc., et al.* (11-cv-05019 N.D. Cal.) (together with the Related Actions, the "California Related Actions") to the *Petru* Action. In this motion, HarperCollins simply requests that the Court complete this administrative process and relate this action, captioned *Ulbee v. Apple, Inc., et al.* (11-cv-4490 N.D. Cal.) (the "*Ulbee* Action"), to the *Petru* Action. In addition, HarperCollins requests that the *Ulbee* Action be transferred and assigned to the Honorable Edward M. Chen for all purposes.

To be related, this action must "concern substantially the same parties, property, transaction or event" as the *Petru* Action. Civ. Local Rule 3-12(a). Both the *Ulbee* Action and the *Petru* Action involve the same or similar subject matter and substantially all the same parties. Both of these cases involve an antitrust class action against six defendants relating to the unilateral and independent decisions by five of the major publishing houses, in connection with Apple's launch of its iBookstore and its iPad device, to begin selling their eBooks pursuant to an agency relationship. In both cases, plaintiffs allege that the publishing houses purportedly violated the antitrust and unfair competition laws by switching to a new standard distribution model for eBooks. While there are some differences between the allegations in the *Petru* Action and the *Ulbee* Action, each case involves the same core group of defendants and the alleged same conduct.

It further appears likely that "there will be an unduly burdensome duplication of labor and expense or conflicting results" if the *Ulbee* Action were conducted before a different judge than the California Related Actions. Civ. Local Rule 3-12(a). While the California Related Actions are pending or would proceed before the Honorable Edward M. Chen in this Court, the *Ulbee* Action is assigned currently to a different judge, Magistrate Judge Donna M. Ryu. HarperCollins therefore submits that the interests of judicial efficiency would be served by assigning the *Ulbee* Action to the Honorable Edward M. Chen for all purposes.

Finally, as reflected by the accompanied Declaration of Richard S. Horvath, Jr., the parties in the *Ulbee* Action do not to oppose this Administrative Motion.

DATED: November 3, 2011

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP


By: __/s/__          Raoul D. Kennedy
             RAOUL D. KENNEDY

525 University Ave., Suite 1100
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

Attorneys for Specially Appearing Defendant
HARPERCOLLINS PUBLISHERS L.L.C.