RAOUL D. KENNEDY (STATE BAR NO. 40892)
Raoul.Kennedy@skadden.com
RICHARD S. HORVATH, JR. (STATE BAR NO. 254681)
Richard.Horvath@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

PAUL M. ECKLES (STATE BAR NO. 181156)
Paul.Eckles@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

Attorneys for Specially Appearing Defendant
HARPERCOLLINS PUBLISHERS L.L.C.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PETRU and MARCUS MATHIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>APPLE INC.; HACHETTE BOOK GROUP, INC.; HARPERCOLLINS PUBLISHERS, INC.; MACMILLAN PUBLISHERS, INC.; PENGUIN GROUP (USA) INC.; and SIMON & SCHUSTER, INC.,<br><br>Defendants. | CASE NO. 3:11-CV-03892-EMC |
| GRETCHEN ULBEE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INC.; HACHETTE BOOK GROUP, INC.; HARPERCOLLINS PUBLISHERS, INC.; MACMILLAN PUBLISHERS, INC.; PENGUIN GROUP (USA) INC.; and SIMON & SCHUSTER, INC.,<br><br>Defendants. | CASE NO. 4:11-CV-04490-DMR<br><br>DECLARATION OF RICHARD S. HORVATH, JR. IN SUPPORT OF THE ADMINISTRATIVE MOTION TO RELATE CASES |

I, Richard S. Horvath, Jr. declare as follows:

1. I am an attorney licensed to practice law in the State of California and am an associate at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for specially appearing defendant HarperCollins Publishers L.L.C. (incorrectly sued herein as "HarperCollins Publishers, Inc.") in all of the above-captioned matters. I submit this Declaration in Support of HarperCollins' Administrative Motion To Relate Cases (the "Administrative Motion"). Unless otherwise stated, I have personal knowledge of the facts set forth below and, if called as a witness, I could and would testify competently thereto.

2. On August 9, 2011 a complaint was filed in *Petru, et al. v. Apple, Inc., et al.* (11-cv-3892 N.D. Cal.) (the "*Petru* Action"). A true and correct copy of the complaint filed in the *Petru* Action is attached hereto as Exhibit A.

3. On September 2, 2011, Hon. Edward M. Chen issued an order relating *Diamond v. Apple, Inc. et al.* (11-cv-3954 N.D. Cal.); *Gilstrap et. al. v. Apple, Inc. et al.* (11-cv-4035 N.D. Cal.); and *Albeck v. Apple, Inc. et al.* (11-cv-4110 N.D. Cal.) to the *Petru* Action.

4. On September 9, 2011, a complaint was filed in *Ulbee v. Apple Inc., et al.* (11-cv-4490 N.D. Cal.) (the "*Ulbee* Action"). A true and correct copy of the complaint filed in the *Ulbee* Action is attached hereto as Exhibit B.

5. On October 5, 2011, Hon. Edward M. Chen issued an order relating *Key v. Apple, Inc. et al.* (11-cv-04754 N.D. Cal.) to the *Petru* Action.

6. On October 13, 2011, Hon. Edward M. Chen issued an order relating *Ruane-Gonzales v. Apple Inc., et al.* (11-cv-4500 N.D. Cal.) to the *Petru* Action.

7. On October 31, 2011, Hon. Edward M. Chen issued an order relating *Rivers v. McMillan et. al.* (11-cv-05080 N.D. Cal.) to the *Petru* Action.

8. Motions to relate *Rossman, et al. v. Apple Inc., et al.* (11-cv-04191 N. D. Cal.) and *Miller, et al. v. Apple Inc., et al.* (11-cv-05019-JCS N.D. Cal.) to the *Petru* Action are currently pending in this Court.

9. On November 2, 2011, I informed Jeff D. Friedman, counsel for plaintiff Gretchen Ulbee, of HarperCollins' intention to move to relate the *Ulbee* Action to the *Petru* Action. Mr. Friedman informed me that Ms. Ulbee would not oppose such motion.

10. Defendants to the *Ulbee* Action have informed me they do not oppose HarperCollins' motion to relate the *Ulbee* Action to the *Petru* Action.

I declare under penalty of perjury that the foregoing facts are true and correct and that this declaration was executed on this third day of November, 2011, in Palo Alto, California.

By: _____
Richard S. Horvath, Jr.