RAOUL D. KENNEDY (STATE BAR NO. 40892)
Raoul.Kennedy@skadden.com
RICHARD S. HORVATH, JR. (STATE BAR NO. 254681)
Richard.Horvath@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

PAUL M. ECKLES (STATE BAR NO. 181156)
Paul.Eckles@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

Attorneys for Specially Appearing Defendant
HARPERCOLLINS PUBLISHERS L.L.C.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PETRU and MARCUS MATHIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>APPLE INC.; HACHETTE BOOK GROUP, INC.; HARPERCOLLINS PUBLISHERS, INC.; MACMILLAN PUBLISHERS, INC.; PENGUIN GROUP (USA) INC.; and SIMON & SCHUSTER, INC.,<br><br>Defendants. | **CASE NO. 3:11-CV-03892-EMC** |
| GRETCHEN ULBEE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INC.; HACHETTE BOOK GROUP, INC.; HARPERCOLLINS PUBLISHERS, INC.; MACMILLAN PUBLISHERS, INC.; PENGUIN GROUP (USA) INC.; and SIMON & SCHUSTER, INC.,<br><br>Defendants. | **CASE NO. 4:11-CV-04490-DMR**<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES** |

On October 4, 2011, specially appearing defendant HarperCollins Publishers L.L.C. (incorrectly sued as "HarperCollins Publishers, Inc.") filed an Administrative Motion to Relate Cases pursuant to Civil Local Rule 3-12. The motion recites that none of the parties oppose the request. The Court having considered the foregoing Motion and the papers submitted in support thereof, and good cause appearing, IT IS HEREBY ORDERED THAT

1. Defendant HarperCollins Publishers L.L.C.'s Administrative Motion is GRANTED;

2. *Ulbee v. Apple, Inc., et al.*, Case No. 4:11-CV-04490-DMR is related to *Petru, et al. v. Apple, Inc., et al.*, Case No. 3:11-CV-03892 EMC;

3. *Ulbee v. Apple, Inc., et al.*, Case No. 4:11-CV-04490 is assigned to Honorable Edward M. Chen for all purposes.

IT IS SO ORDERED.

Dated: _____, 2011

By:_____
Hon. Edward M. Chen
U.S. DISTRICT COURT JUDGE

Respectfully Submitted by:

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP


By: _____/s/ Raoul D. Kennedy_____
RAOUL D. KENNEDY

525 University Ave., Suite 1100
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

Attorneys for Specially Appearing Defendant
HARPERCOLLINS PUBLISHERS L.L.C.


Dated: November 3, 2011