1 | RAOUL D. KENNEDY (STATE BAR NO. 40892)
Raoul.Kennedy@skadden.com
2 | RICHARD S. HORVATH, JR. (STATE BAR NO. 254681)
Richard.Horvath@skadden.com
3 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
4 | Palo Alto, California 94301
Telephone: (650) 470-4500
5 | Facsimile: (650) 470-4570

6 | PAUL M. ECKLES (STATE BAR NO. 181156)
Paul.Eckles@skadden.com
7 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Times Square
8 | New York, New York 10036
Telephone: (212) 735-3000
9 | Facsimile: (212) 735-2000

10 | Attorneys for Specially Appearing Defendant
HARPERCOLLINS PUBLISHERS L.L.C.

11

12 | **UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

13

14 | ANTHONY PETRU and MARCUS MATHIS, Individually and on Behalf of All Others Similarly Situated,

15 | Plaintiffs,

16 | vs.

17 | APPLE INC.; HACHETTE BOOK GROUP, INC.; HARPERCOLLINS PUBLISHERS, INC.;
18 | MACMILLAN PUBLISHERS, INC.; PENGUIN GROUP (USA) INC.; and SIMON & SCHUSTER,
19 | INC.,

Defendants.

**CASE NO. 3:11-CV-03892-EMC**

20

21 | GRETCHEN ULBEE, Individually and on Behalf of All Others Similarly Situated,

22 | Plaintiff,

23 | vs.

24 | APPLE INC.; HACHETTE BOOK GROUP, INC.; HARPERCOLLINS PUBLISHERS, INC.;
MACMILLAN PUBLISHERS, INC.; PENGUIN
25 | GROUP (USA) INC.; and SIMON & SCHUSTER, INC.,

26

27 | Defendants.

**CASE NO. 4:11-CV-04490-DMR**

**PROOF OF SERVICE**

28

---

**PROOF OF SERVICE** | **CASE NO. 3:11-CV-03892-EMC**

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF SANTA CLARA

I am employed in the County of Santa Clara, State of California. I am over the age of 18 and not a party to the within action. My business address is 525 University Ave Suite 1100, Palo Alto, CA 94301. My email address is Lavonne.Hartnett@skadden.com.

On November 3, 2011 I served the following documents described as:

1.   **ADMINISTRATIVE MOTION TO RELATE CASES;**

2.   **DECLARATION OF RICHARD S. HORVATH, JR. IN SUPPORT OF THE ADMINISTRATIVE MOTION TO RELATE CASES;**

3.   **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES; and**

4.   **PROOF OF SERVICE**

on the interested parties in this action by placing a true copy of the above documents enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| James Donato<br>SHEARMAN & STERLING LLP<br>Four Embarcadero Center, Suite 3800<br>San Francisco, California 94111<br><br>Attorneys for Specially Appearing Defendant<br>HACHETTE BOOK GROUP, INC. | Samuel R. Miller<br>SIDLEY AUSTIN LLP<br>555 California Street<br>San Francisco, California 94104<br><br>Attorneys for Specially Appearing Defendant<br>HOLTZBRINCK PUBLISHERS, LLC D/B/A<br>MACMILLAN |
| Reginald D. Steer<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>580 California Street, Suite 1500<br>San Francisco, California 94104-1036<br><br>Attorneys for Specially Appearing Defendant<br>PENGUIN GROUP (USA) INC. | Gregory D. Hull<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, California 94065<br><br>Attorneys for Specially Appearing Defendant<br>SIMON & SCHUSTER, INC. |
| Daniel S. Floyd<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br><br>Attorneys for Specially Appearing Defendant<br>APPLE INC. | |

1

2  / X /    (BY U.S. MAIL) I am readily familiar with the firm's practice for the daily collection and

3  processing of correspondence for deliveries with the U.S. Mail delivery service and the fact that the

4  correspondence would be deposited with the U.S. Mail that same day in the ordinary course of

5  business; on this date, the above-referenced documents were placed for deposit at

6  Palo Alto, California and placed for collection and overnight delivery following ordinary

7  business practices.

8       I declare under penalty of perjury under the laws of the State of California that the above is

9  true and correct.

10      Executed on November 3, 2010 at Palo Alto, California.

11

12  Lavonne Hartnett

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28