# EXHIBIT C

1 │ Jeffrey L. Fazio (SBN 146043) (jlf@fazmiclaw.com)
  │ Dina E. Micheletti (SBN 184141) (dem@fazmiclaw.com)
2 │ **FAZIO | MICHELETTI LLP**
  │ 2410 Camino Ramon, Suite 315
3 │ San Ramon, CA  94583
  │ T:  925-543-2555
4 │ F:  925-369-0344

5 │ Vincent J. Esades (vesades@heinsmills.com)
  │ Renae D. Steiner (rsteiner@heinsmills.com)
6 │ **HEINS MILLS & OLSON, P.L.C.**
  │ 310 Clifton Avenue
7 │ Minneapolis, MN 55403
  │ T:  612-338-4605
8 │
  │ Attorneys for Plaintiffs
9 │ Chad Miller and Grace Hoke

10 │ *Additional Counsel Listed at End of Document*

11 │ **UNITED STATES DISTRICT COURT**
   │ **NORTHERN DISTRICT OF CALIFORNIA**

12 │

13 │ ANTHONY PETRU and MARCUS      │ **No. 3:11-CV-03892-EMC**
   │ MATHIS, individually and on behalf of all
14 │ others similarly situated,

15 │              Plaintiffs,       │ **ADMINISTRATIVE MOTION TO**
   │                                │ **CONSIDER WHETHER CASES**
16 │     v.                         │ **SHOULD BE RELATED**

17 │ APPLE, INC., HACHETTE BOOK
   │ GROUP, INC., HARPERCOLLINS
18 │ PUBLISHERS, INC., MACMILLAN
   │ PUBLISHERS, INC., PENGUIN GROUP
19 │ (USA), INC., and SIMON & SHUSTER,
   │ INC.,

20 │              Defendants.       │ **No.  3:11-CV-05019-JCS**

21 │ CHAD MILLER and GRACE HOKE,
   │ individually and on behalf of all others
22 │ similarly situated,

23 │              Plaintiffs,
   │     v.
24 │
   │ HACHETTE BOOK GROUP, INC.,
25 │ HARPER COLLINS PUBLISHERS,
   │ INC., MACMILLAN PUBLISHERS,
26 │ INC., PENGUIN GROUP (USA)
   │ INC., SIMON & SCHUSTER, INC., and
27 │ APPLE, INC.

28 │              Defendants.

1    Pursuant to Civil Local Rule 3-12, Plaintiffs Chad Miller and Grace Hoke

2  submit this administrative motion to consider whether the instant case, *Miller v.*

3  *Hachette Book Group, Inc., et. al.* (filed Oct. 11, 2011), should be related to another

4  case pending in this District, *Petru v. Apple Inc., et al.*, Case No. 3:11-cv-03892-EMC

5  ("*Petru*") (filed Aug. 9, 2011).

6    The *Miller* action involves the same Defendants as the *Petru* action and

7  concerns similar factual allegations; namely, a conspiracy by Defendants to fix,

8  raise, maintain, and stabilize the price at which electronic books (or "eBooks") were

9  sold in the United States.

10    Pending actions may be related if they "concern substantially the same

11  parties, property, transaction or event" and "there will be an unduly burdensome

12  duplication of labor and expense or conflicting results if the cases are conducted

13  before different judges."  Civ. L.R. 3-12(a).

14    These criteria are satisfied here.  *Miller* and *Petru* involve the same parties,

15  arise out of common facts, and raise many of the same legal issues, thus, there will

16  be substantial overlap between them with respect to documents, witnesses and legal

17  issues.  Accordingly, relating *Miller* to *Petru* will conserve judicial resources and

18  promote efficient determination of the actions, while avoiding potentially conflicting

19  results.  Moreover, because both actions are in the preliminary stages of litigation,

20  reassignment would not prejudice any of the parties.[1]

21

22

23    [1]    For the same reasons, the *Miller* action may also be related to the
following cases pending in the Northern District of California:  *Diamond v. Apple,*

24  *Inc.*, No. 3:11-cv-03954-EMC; *Gilstrap v. Apple, Inc.*, No. 3:11-cv-04035-EMC;
*Albeck v. Apple, Inc.*, No. 3:11-cv-04110-EMC; *Rossman v. Apple, Inc.*, No. 3:11-cv-

25  04192-MEJ; *Key v. Apple, Inc.*, No. 3:11-cv-04754-EMC; *Ulbee v. Apple, Inc.,* No.
3:11-cv-04490; *Ruane-Gonzalas v. Apple, Inc.*, No. 3:11-cv-04500-EMC; *Rivers v.*

26  *MacMillan*, No. 3:11-cv-05080-JCS.  Plaintiffs are advised that the *Petru* and

27  *Diamond* actions are subject to an MDL petition with a hearing set for December 1,
2011.  *See* MDL No. 2293.

28

-2-

1    For these reasons, Plaintiffs Miller and Hoke respectfully request that *Miller*

2  *v. Hachette Book Group, Inc., et al.* be deemed related to *Petru v. Apple, Inc., et. al.*

3

Dated:  November 3, 2011                    */s/ Dina E. Micheletti*

4
                                            Dina E. Micheletti (SBN 184141)
5                                           **FAZIO | MICHELETTI LLP**
                                            2410 Camino Ramon. Suite 315
6                                           San Ramon. CA 94583
                                            T:      (925)543-2555
7
                                            Vincent J. Esades
8                                           Renae D. Steiner
                                            **HEINS MILLS & OLSON, P.L.C.**
9                                           310 Clifton Avenue
                                            Minneapolis, MN 55403
10                                          T:      (612) 338-4605

11                                          Brian M. Sund
                                            Jackson D. Bigham
12                                          **MORRISON FENSKE & SUND, P.A.**
                                            5125 County Road 101, Suite 202
13                                          Minnetonka, MN 55345
                                            T:      (952) 975-0050
14
                                            Christian M. Sande
15                                          **CHRISTIAN SANDE LLC**
                                            2116 Second Avenue South, Suite 300
16                                          Minneapolis, MN 55404-2606
                                            T:      (612) 387-1430
17

18

19

20

21

22

23

24

25

26

27

28



## CERTIFICATE OF SERVICE

I, Dina E. Micheletti, hereby certify that, on the date listed below, I caused the document(s) listed below to be filed electronically with the United States District Court for the Northern District of California through the Court's ECF Service.

- **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**
- **DECLARATION OF DINA E. MICHELETTI IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**
- **[PROPOSED] ORDER RELATING CASES**

I also certify that I caused the foregoing document(s) to be served via first class mail on the attached service list by transmitting the documents listed above to Renae D. Steiner of Heins Mills & Olson, P.L.C, who, I am informed and believed, caused them to be placed in a sealed envelope with postage fully prepaid for collection and mailing via the United States Mail on the date listed below in Minneapolis, Minnesota pursuant to that firm's ordinary business practice.

Executed on November 3, 2011, in San Ramon, California.

/s/ *Dina E. Micheletti*

_____

Dina E. Micheletti



**SERVICE LIST**

**PLAINTIFFS' COUNSEL**

Michael Francis Ram
RAM, OLSON, CEREGHINO &
KOPCZYNSKI LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 433-4949
Fax: (415) 433-7311
Email: mram@ramolson.com

Eugene A. Spector
Jonathan M. Jagher
SPECTOR ROSEMAN KODROFF &
WILLIS, PC
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Fax: (215) 496-6611
Email: espector@srkw-law.com
Email: jjagher@srkw-law.com

**Attorneys for Plaintiff Patsy Diamond
(N.D. of California Case No. 11-03954)**

Jeffrey Farley Keller
Jade Erin Butman
KELLER GROVER LLP
1965 Market Street
San Francisco, CA 94103
Telephone: (415) 543-1305
Fax: (415) 543-7861
Email: jfkeller@kellergrover.com
Email: jbutman@kellergrover.com

**Attorney for Plaintiff Andreas Albeck
(N.D. of California Case No. 11-04110)**

Jeff D. Friedman
Shana E. Scarlett
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Fax: (510) 725-3001
Email: jefff@hbsslaw.com
Email: shanas@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8th Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Fax: (206) 623-0594
Email: steve@hbsslaw.com

**Attorneys for Plaintiffs Anthony Petru,
Marcus Mathis, Christian Gilstrap, Cynthia
J. Tyler, Thomas Friedman, Jeremy
Sheppeck, Aloysius J. Brown, III, Anne M.
Rinaldi, Laura J. Warner, Barbara Heath,
Kathleen Linda Pitlock, Kathleen Weiss,
Matthew A. Hosking, Diane Urbanec, Ed
Macauley, Ronna Hamelin, James L.
Nesmith, Lauren Albert, Sue Roberts,
Shane S. Davis, Sue Ellen Gordon, Charles
Leonard Pelton, Sr., Kimberly Whiteside
Brooks, Steven D. Campbell, Jessica Moyer,
Rebecca L. Rossman, Miriam Cummings,
Carole C. Kehl, Kamal Sonti and Gretchen
Ulbee
(N.D. of California Case No. 11-04035)
(N.D. of California Case No. 11-04192)
(N.D. of California Case No. 11-04490)**

Jeffrey Scott Goldenberg
Todd B. Naylor
GOLDENBERG SCHNEIDER AND GROH, LPA
35 E. 7th Street, Suite 600
Cincinnati, OH 45202
Telephone: (513) 345-8291
Fax: (513) 345-8294
Email: jgoldenberg@mgsglaw.com
Email: tnaylor@mgsglaw.com

Stuart McKinley Paynter
THE PAYNTER LAW FIRM PLLC
1200 G Street N.W., Suite 800
Washington, DC 20005
Telephone: (202) 626-4486
Fax: (866) 734-0622
Email: stuart@smplegal.com

**Attorneys for Plaintiffs Rebecca L. Rossman, Miriam Cummings, Carole C. Kehl and Kamal Sonti**
**(N.D. of California Case No. 11-04192)**

Christopher M. Burke
Walter W. Noss
Kristen Marie Anderson
SCOTT + SCOTT LLP
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 233-4565
Email: cburke@scott-scott.com
Email: wnoss@scott-scott.com
Email: kanderson@scott-scott.com

Daniel Jay Mogin
THE MOGIN LAW FIRM P.C.
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 687-6611
Fax: (619) 687-6610
Email: dmogin@moginlaw.com

**Attorneys for Plaintiff Katrina Key**
**(N.D. of California Case No. 11-04754)**

Harry Shulman
SHULMAN LAW
44 Montgomery St., Suite 3830
San Francisco, CA 94104
Telephone: (415) 901-0505
Fax: (866) 422-4859
Email: harry@shulmanlawfirm.com

Douglas A. Millen
William H. London
FREED KANNER LONDON & MILLEN LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500
Fax: (224) 632-4519
Email: doug@fklmlaw.com
Email: wlondon@fklmlaw.com

**Attorneys for Plaintiff Eugenia Ruane-Gonzales**
**(N.D. of California Case No. 11-04500)**

Garrett D. Blanchfield, Jr.
Roberta A. Yard
REINHARDT WENDORF & BLANCHFIELD
E-1250 First National Bank Bldg.
332 Minnesota Street
St. Paul, MN 55101
g.blanchfield@rwblawfirm.com
r.yard@rwblawfirm.com

**Attorneys for Plaintiff Gretchen Ulbee**
**(N.D. of California Case No. 11-04490)**

## DEFENDANTS' COUNSEL AND DEFENDANTS

Reginald David Steer
AKIN GUMP STRAUSS HAUER & FELD LLP
580 California Street, 15th Floor
San Francisco, CA 94104
Telephone: (415) 765-9500
Fax: (415) 765-9501
Email: rsteer@akingump.com

**Attorneys for Defendant Penguin Group (USA) Inc.**

MACMILLAN
175 Fifth Avenue
New York, NY 10010

SIMON & SCHUSTER
1230 Avenue of the Americas
New York, NY 10020

HACHETTE BOOK GROUP
237 Park Avenue
New York, NY 10017

APPLE INC.
1 Infinite Loop
Cupertino, CA 95014

## JUDGES

Chief Magistrate Judge Maria-Elena James
San Francisco Courthouse, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Senior District Judge Samuel Conti
San Francisco Courthouse, 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Magistrate Judge Donna M. Ryu
Oakland Courthouse, 3rd Floor
1301 Clay Street
Oakland, CA 94612