1  SCOTT+SCOTT LLP
   CHRISTOPHER M. BURKE (214799)
2  WALTER W. NOSS (277580)
   KRISTEN M. ANDERSON (246108)
3  707 Broadway, Suite 1000
   San Diego, CA 92101
4  Telephone: (619) 233-4565
   Fax: (619) 233-0508
5  cburke@scott-scott.com
   wnoss@scott-scott.com
6  kanderson@scott-scottt.com
   – and –
7  DAVID R. SCOTT
   P.O. Box 192
8  156 South Main Street
   Colchester, CT 06415
9  Telephone: (860) 537-3818
   Fax: (860) 537-4432
10 drscott@scott-scott.com

11 Attorneys for Plaintiff

RECEIVED 2011 NOV 22 P 2: 56 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| KATRINA KEY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INC.; HACHETTE BOOK GROUP; HARPERCOLLINS PUBLISHERS, INC.; MACMILLAN PUBLISHERS, INC.; PENGUIN GROUP (USA) INC.; and SIMON & SCHUSTER, INC.,<br><br>Defendants | Case No.: 3:11-CV-04754-EMC<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ORDER ADMITTING JOSEPH P. GUGLIELMO *PRO HAC VICE* |

1     Joseph P. Guglielmo, whose business address and telephone number is Scott+Scott LLP, 500 Fifth Avenue, 40th Floor, New York, NY 10110 and who is an active member in good standing of the Bar of the State of Connecticut and the United States District Court for the Central District of California, having applied for admission to practice in the Northern District of California on a *pro hac vice* basis representing Plaintiff Katrina Key in the above-referenced matter;

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions on Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____11/28/11_____



_____
HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Edward M. Chen

[PROPOSED] ORDER GRANTING APPLICATION FOR ORDER ADMITTING JOSEPH P. GUGLIELMO PRO HAC VICE     2
Case No.: 11-CV-4754